## Richmond

KARL DAVID MITCHELL v. COMMONWEALTH OF VIRGINIA.

September 1, 1972.

Record No. 7927.

Present, Snead, C.J., I'Anson, Carrico, Harrison, Cochran and Harman, JJ.

*Robert C. Watson*, for plaintiff in error.

*William P. Robinson, Jr., Assistant Attorney General (Andrew P. Miller, Attorney General*, on brief), for defendant in error.

Per Curiam.

A jury convicted Karl David Mitchell of robbery for the theft by force of $743.75 from the manager of a Burger Chef restaurant. The jury fixed punishment at five years in the penitentiary. The trial court imposed the sentence, and we granted Mitchell a writ of error.

The sole question to be resolved is whether the evidence was sufficient to establish that a robbery occurred.

Robbery, undefined in Code § 18.1-91, is defined in our common law as "*the taking*, with intent to steal, of the personal property of another, from his person or in his presence, against his will, by violence or intimidation." *Mason* v. *Commonwealth*, 200 Va. 253, 254, 105 S.E.2d 149, 150 (1958) (emphasis added). All elements of the common law offense must be proved beyond a reasonable doubt in order to establish that a robbery has occurred. *Maxwell* v. *Commonwealth*, 165 Va. 860, 864, 183 S.E. 452, 454 (1936).

We have searched the record in this case and have found no evidence that there was a *taking* of any money. Therefore, since this element of robbery was not proved, the Commonwealth failed to establish that a robbery was in fact committed.

Accordingly, the judgment will be reversed and the case will be remanded for a new trial if the Commonwealth be so advised.

*Reversed and remanded.*